# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NUMBER 4:19-CR-224 |
| | § | |
| LADARIOUS BROWN (1) | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## ON DEFENDANT'S COMPETENCY TO STAND TRIAL

The Court referred this matter to the Honorable Christine A. Nowak, United States Magistrate Judge, for consideration. Judge Nowak conducted a hearing to determine Defendant's competency. After considering the psychological examiner's findings, Judge Nowak filed her report and recommendation on Defendant's competency to proceed, (Dkt. #31). Judge Nowak concluded that the Defendant is competent pursuant to 18 U.S.C. § 4241.

The parties did not object to the magistrate judge's findings and recommendation. The Court ORDERS that the report and recommendation on Defendant's competency to stand trial, (Dkt. #31), is **ADOPTED**. The Court further **ORDERS** and **FINDS** that, in accordance with the magistrate judge's recommendation and the examiner's report, Defendant, Ladarious Brown, is competent to proceed pursuant to Title 18, United States Code, Section 4241.

The Court finally **ORDERS** that Speedy Trial time is **EXCLUDED** from October 28, 2019, the date of Judge Nowak's order directing a mental examination, (Dkt. #20), through the date of this order.

**So ORDERED and SIGNED this 15th day of April, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE