IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § <br> § <br> § |
| v. | § CRIMINAL NO. 4:19-CR-224-SDJ-CAN-1 <br> § |
| LADARIOUS BROWN (1) | § <br> § <br> § |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 11, 2023, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #85) that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of four (4) months to be served consecutively with his state court sentence for the underlying offense, with a term of eighteen (18) months supervised release to follow. Additionally, the Magistrate Judge recommended the term of supervised release be under the same conditions previously imposed with the additional condition that Defendant serve the initial six (6) months of supervised release in a Residential Reentry Management Office ("RRM") facility.

Having received the Report of the United States Magistrate Judge (Dkt. #85) and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #84), the Court is of the opinion

1

that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of four (4) months to be served consecutively with his state court sentence for the underlying offense, with a term of eighteen (18) months supervised release to follow. Additionally, the term of supervised release is under the same conditions previously imposed with the additional condition that Defendant serve the initial six (6) months of supervised release in an RRM facility.

**So ORDERED and SIGNED this 20th day of April, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE