IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. 4:19-CR-224-SDJ-AGD-1 |
| LADARIOUS BROWN (1) | § § § | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on October 5, 2023, to determine whether Defendant violated his supervised release. Defendant was represented by Ms. Michelle Allen-McCoy. The Government was represented by Assistant United States Attorney Anand Varadarajan.

On September 15, 2020, United States District Judge Sean D. Jordan sentenced Defendant to a term of thirty-seven (37) months—adjusted by eighteen (18) months, for a remaining term of nineteen (19) months—followed by three (3) years of supervised release, for violating 18 U.S.C. § 922(g)(1), 18 U.S.C § 924(a)(2) (Possession of a Firearm by a Prohibited Person). *See* Dkt. 47. On January 21, 2022, Defendant completed his term of imprisonment and began serving the term of supervision. *See* Dkt. 92 at 1. On April 20, 2023, Defendant's original supervision was revoked, and Defendant was sentenced to four (4) months imprisonment followed by an eighteen (18) month term of supervised release, with the first six (6) months at a residential reentry center. *See id.* On May 19, 2023, Defendant completed his second term of imprisonment and began serving his second term of supervised released. *See id.*

1

On September 22, 2023, the U.S. Probation Officer filed the First Amended Petition for Warrant or Summons for Offender Under Supervision (the "Petition") (Dkt. 92), alleging Defendant violated five conditions of supervised release. *See id.* at 2–3. The Petition asserts Defendant violated the following conditions of supervision: (1) Defendant must report to the probation officer as instructed; (2) Defendant must live at a place approved by the probation officer and notify the probation officer at least ten days before any change in address; (3) Defendant must reside in a residential reentry center; (4) Defendant shall not commit another federal, state, or local crime; and (5) Defendant must not communicate or interact with someone he knows is engaged in criminal activity. *See id.*

The Petition asserts Defendant violated the foregoing conditions as follows:

(1) Defendant failed to report as instructed for June, July and August 2023.

(2) On June 24, 2023, Defendant absconded from the Residential Re-entry Center, County Rehabilitation Center, and he failed to notify the probation officer of his new address.

(3) On June 24, 2023, Defendant absconded from the Residential Re-entry Center, County Rehabilitation Center, and his whereabouts were unknown.

(4) On or about September 11, 2023, Defendant was arrested by the Grayson County Sherriff's Office for the misdemeanor offenses of Failure to Identify as Fugitive and Give False Information and the felony offense of Evading Arrest Detention with Previous Conviction.

On or about September 3, 2023, Defendant was charged by the Sherman Police Department with Failure to Identify as Fugitive and Give False Information and Evading Arrest Detention with Previous Conviction.

(5) On or about September 11, 2023, Defendant associated with Tiante Trichelle Barnum, who was arrested for Hindering Apprehension or Prosecution Known Felon.

On October 5, 2023, the Court conducted a final revocation hearing on the Petition. *See* Minute Entry for October 5, 2023. Defendant entered a plea of true to allegations one, two, and

three, consented to revocation of his supervised release, and waived his right to object to the proposed findings and recommendations of the undersigned. *See id.*; Dkt 104. The Government moved to withdraw allegations four and five, which the Court granted. *See* Minute Entry for October 5, 2023. The Court finds Defendant violated the terms of his supervised release, and thus, his supervised release should be revoked.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the October 5, 2023, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of fourteen (14) months with no supervised release to follow. The Court further recommends Defendant be placed at FMC Fort Worth in Fort Worth, Texas, if appropriate. The Court further recommends that Defendant receive proper medical care, including the medications he needs, to treat his seizures prior to transfer.

SO ORDERED and SIGNED this 16th day of October, 2023.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE